Geri N. Kahn, Esq. (SBN 148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email: gkahn@pacbell.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY REDENIUS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security <br><br> Defendant. | Case No.: 11-CV-3400 EMC <br><br> NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE RANDY REDENIUS, Plaintiff in the above-captioned case, hereby substitutes himself in pro per, in the place and stead of GERI N. KAHN.

Plaintiff shall comply with all rules of the Court.

Dated: 11/08/2011

Randy Redenius

Dated: 11/08/2011

Geri N. Kahn

1  IT IS SO ORDERED.   Counsel shall serve a copy of this order upon plaintiff and shall
2                      file a notice of plaintiff's address and phone number for the Court's
                       record.
3  Dated: __11/22/11__

4                                  HON EDWARD M. CHEN
5                                  [IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]   DISTRICT JUDGE

11-CV 3400 EMC NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL- 2