Geri N. Kahn, Esq. (SBN 148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email: gkahn@pacbell.net

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY REDENIUS,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br><br>Social Security<br><br>   Defendant. | Case No.: 11-CV-3400 EMC<br><br>NOTICE AND PROPOSED ORDER OF<br>SUBSTITUTION OF COUNSEL |

   PLEASE TAKE NOTICE RANDY REDENIUS, Plaintiff in the above-captioned case,

hereby substitutes himself in pro per, in the place and stead of GERI N. KAHN.

   Plaintiff shall comply with all rules of the Court.

Dated:  11/08/2011

Randy Redenius

Dated:  11/08/2011

Geri N. Kahn

11-CV 3400 EMC NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL- 1

1   IT IS SO ORDERED.          Counsel shall serve a copy of this order upon plaintiff and shall
2                               file a notice of plaintiff's address and phone number for the Court's
                                record.
3   Dated: _____11/22/11_____

HON EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

_____ TRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11-CV 3400 EMC NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL- 2