4 Jan 2012

Betty Lee
US District Court
450 Golden Gate Ave 16th fl.
SF, Ca 94102

FILED
2012 JAN -5 P 1:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re Civil Action 3:11-cv-03400-EMC

Request for 1 month extension of time for response to Defendant's motion date 12/13/11.

Randall J. Redenius (PLAINTIFF)

v

Michael Astrue

Randall J. Redenius

967 Church St
SF Ca 94114
415 794 3724

IT IS SO ORDERED that Plaintiff shall have until 1/27/12 to file his reply to Defendant's Motion for Summary Judgment.

______________________

Edward M. Chen
U.S. District Judge

cc: Plaintiff

